**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7230**

EARLANDO HARRISON,

        Plaintiff - Appellant,

    v.

ARTISHA GREGG, Commonwealth's Attorney; TIMOTHY FORBES, Hampton
Police Detective,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at
Richmond.  Henry E. Hudson, Senior District Judge.  (3:18-cv-00525-HEH-RCY)

Submitted:  February 21, 2019             Decided:  February 26, 2019

Before GREGORY, Chief Judge, and AGEE and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Earlando Harrison, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Earlando Harrison appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) action for failure to comply with the court's prior order directing him to either pay the filing fee or execute a consent form to authorize installment payments. Subsequent to the entry of the district court's dismissal order, Harrison filed a consent form authorizing collection of fees, and the district court directed that the complaint be refiled as a new civil action. Because a decision by this court would not have "a practical effect on the outcome of this case," we dismiss as moot Harrison's appeal. *SAS Inst., Inc. v. World Programming Ltd.*, 874 F.3d 370, 390 (4th Cir. 2017), *cert. denied*, 139 S. Ct. 67 (2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
